September 6, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER O. WILLIAMS, Appellant.— Motion by appellant to vacate order dated December 27, 1960, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ HERMAN SANDAK, Respondent, v. DELBERT L. COMBS, Appellant.— Motion by appellant for leave to appeal to this court from an order of the Appellate Term, dated February 7, 1961, or for an extension of time within which to seek such leave to appeal, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ SCARSDALE SUPPLY COMPANY, Respondent, v. VILLAGE OF SCARSDALE, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOSHUA SOKOLOW, Respondent, v. MARSHA SOKOLOW, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ TEXACO, INC., Appellant, v. ELI WEINBERG, Individually and Doing Business as TEX-BAY SERVICE STATION, et al., Respondents.— Motion by tenant and undertenant for reargument of the landlord's motion for leave to appeal to this court from an order of the Appellate Term, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ BERNARD ZACZEK, Appellant, v. JEAN ZACZEK, Also Known as JEAN JUNG, Respondent.— Motion by appellant for a stay of all proceedings under three orders of the Supreme Court, Nassau County, made on March 14, 1961, pending appeal therefrom. Motion granted, except as to any application for counsel fees, on condition that the appellant perfect the appeals and be ready to argue or submit them at the September Term, beginning September 6, 1961. The record and appellant's brief must be served and filed on or before June 20, 1961. This disposition is without prejudice to any application at Special Term by respondent for counsel fees on the appeals, if she be so advised. Motion by appellant to dispense with printing on the appeals, denied with leave to renew on a proper showing as to appellant's financial status. Motion by appellant to extend time to serve reply, granted; time extended until 10 days after entry of order determining appeals. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ EMMA CLARK, as Administratrix of the Estate of PAUL G. CLARK, Deceased, Respondent, v. FIFTY SEVENTH MADISON CORPORATION et al., Defend-